No. 73–6761. BURKO *v.* MARYLAND. Ct. App. Md. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Mullaney* v. *Wilbur,* 421 U. S. 684 (1975).

No. 74–5632. CASTRO *v.* REGAN, PRISON SUPERINTENDENT. C. A. 3d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Mullaney* v. *Wilbur,* 421 U. S. 684 (1975). Reported below: 505 F. 2d 731.

## Miscellaneous Orders

No. A–933. ED. PHILLIPS & SONS CO. ET AL. *v.* NOVAK, LIQUOR CONTROL COMMISSIONER OF MINNESOTA, ET AL.; and

No. A–994. GRIGGS, COOPER & CO., INC., *v.* NOVAK, LIQUOR CONTROL COMMISSIONER OF MINNESOTA, ET AL. Sup. Ct. Minn. Applications for stay of enforcement of Minnesota Laws 1973, c. 664, § 2 (Minn. Stat. § 340.114 (1974)), presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications.*

No. A–996 (74–1222). WOLFF, WARDEN *v.* RICE. C. A. 8th Cir. Application of respondent for bail pending disposition of petition for writ of certiorari, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

---

*See also note, *supra,* p. 1001.